March 29, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

KENNETH LEE POLK, Appellant

NO. 14-11-00080-CR
NO. 14-11-00081-CR

V.

THE STATE OF TEXAS, Appellee

_____

 This cause was heard on the transcript of the record of the court below.  Having considered the record, this Court holds that there was no error in the judgments.  The Court orders the judgments **AFFIRMED**, that the appellant pay all costs expended in this appeal, and that this decision be certified below for observance.